AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of __New Jersey__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: __06-cr-76(7) + 06-cr-633__ |
| __Mark Davis__ ) | USM No: __41154-050__ |
| Date of Previous Judgment: __1/12/2007__ ) | __Anne Singer, Esq.__ |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __174__ months **is reduced to** __157 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __30__        Amended Offense Level: __29__
Criminal History Category: __VI__        Criminal History Category: __VI__
Previous Guideline Range: __168__ to __210__ months    Amended Guideline Range: __151__ to __188__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

__See Opinion Dated September 1, 2009.__

Except as provided above, all provisions of the judgment dated __1/12/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __SEPT. 1, 2009__

Judge's signature

__Joseph E. Irenas, S.U.S.D.J.__
Printed name and title

Effective Date: _____
(if different from order date)